JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAUL JAMES WHITEHEAD, | No. CV 08-3333-RSWL (AGR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES A. YATES, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 9, 2011

RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
Senior, U.S. District Court Judge